UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MYKLE JACOBS,
                                Plaintiff,

                -against-

ERNST & YOUNG INVESTMENT ADVISERS
LLP, et al.,
                                Defendants.
------------------------------------------------------------X

23 Civ. 8481 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the September 28, 2023, Order scheduled an initial pre-trial conference for November 15, 2023, and required the parties to submit a joint letter and proposed case management plan in advance of the conference;

WHEREAS, an Order issued November 6, 2023, by the United States Judicial Panel on Multidistrict Litigation conditionally transferred this matter to the District of Massachusetts, pursuant to 28 U.S.C. § 1407.  It is hereby

**ORDERED** that the initial conference and the deadline to file the joint letter and case plan are adjourned *sine die*.  Within fourteen days of any transfer of this case from the District of Massachusetts, the parties shall file a status letter informing the Court of the status of this case.

Dated: November 8, 2023
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE